IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF  CV 09 80335 MISC

Laura A. Thompson - # 219999

_____/

### ORDER TO SHOW CAUSE

It appearing that Laura A. Thompson has been suspended by the Supreme Court of California effective September 25, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why she should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Laura A. Thompson
Attorney At Law
2370 Market St., #459
San Francisco, CA 94114