FILED
09 DEC 17 AM 10:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    CV 09 80335 MISC

Laura A. Thompson - # 219999

_____/

### ORDER TO SHOW CAUSE

It appearing that Laura A. Thompson has been suspended by the Supreme Court of California effective September 25, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why she should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Laura A. Thompson
Attorney At Law
2370 Market St., #459
San Francisco, CA 94114