IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Laura A Thompson,

State Bar No 173829

No CV-09-80335 MISC VRW

ORDER

/

On December 17, 2009, the court issued an order to show cause (OSC) why Laura A Thompson should not be removed from the roll of attorneys authorized to practice law before this court based on her inactive enrollment by the State Bar of California.

The OSC was mailed to Ms Thompson's address of record with the State Bar on December 22, 2009. Ms Thompson filed no response. The California State Bar and the Bar web site indicates that Ms Thompson is now on active status as of December 24, 2009, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

LAURA A. THOMPSON

State Bar No. 173829

_____/

Case Number: CV09-80335 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laura A. Thompson
170 Guerrero St, Apt. F
San Francisco, CA 94103

Dated: March 8, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk